UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MORRIS DELBERT O'DELL,<br><br>       Petitioner,<br><br>   v.<br><br>GORDON KARLSSON,<br><br>       Respondent. | Case No. C10-1405-MJP<br><br>ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS |

The Court, having reviewed petitioner's petition for writ of habeas corpus, the Report and Recommendation of James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

1.   The Court adopts the Report and Recommendation.

2.   Petitioner's petition for writ of habeas corpus (Dkt. No. 6) is DISMISSED with prejudice.

3.   In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED.

ORDER DISMISSING PETITION FOR WRIT
OF HABEAS COPRUS - 1

4. The Clerk shall send copies of this Order to petitioner, to counsel for respondent, and to Judge Donohue.

DATED this __10th____ day of ____May___, 2011.

_____
Marsha J. Pechman
United States District Judge

ORDER DISMISSING PETITION FOR WRIT
OF HABEAS COPRUS - 2