# United States District Court
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| MORRIS DELBERT O'DELL,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>GORDON KARLSSON,<br><br>　　　　Respondent. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER:  C10-1405-MJP |

\_\_　　**Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X**　　**Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

　　　　The Report and Recommendation is adopted and approved.  Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2254 is dismissed with prejudice.


　　　　Dated this \_\_10th\_\_\_\_\_ day of \_\_\_\_May\_\_\_\_, 2011.


　　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM M. McCOOL　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk


　　　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Mary Duett　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk